IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KENNETH MILO LITTLEBRAVE, TDCJ No. 1665229 | § § § | |
| Plaintiff, | § § § | |
| V. | § § | No. 3:24-CV-2029-D |
| FNU LNU, | § § § | |
| Defendant. | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Plaintiff filed objections on September 22, 2025. The undersigned district judge reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

**SO ORDERED**.

September 30, 2025.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE